# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

JOSHUA JONES,                                                                                               PLAINTIFF
ADC# 658234

v.                                          2:14CV00136-JM-JJV

DANNY BURL, Warden,
East Arkansas Regional Unit: *et al.*                                                                DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. The Clerk of Court alter the docket to reflect that "Royry Griffin" is appropriately "Rory Griffin";

2. Defendants Danny Burl, Rory Griffin, and David Mills' Motion for Summary Judgment (Doc. No. 14) is GRANTED and they are DISMISSED without prejudice due to Plaintiff's failure to exhaust his administrative remedies against them;

3. Plaintiff's Motion for Summary Judgment (Doc. No. 24) is DENIED;

4. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

DATED this 19th day of February, 2015.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE