**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

JOSHUA JONES,                                                                          PLAINTIFF
ADC# 658234

v.                                          2:14CV00136-JM-JJV

DANNY BURL, Warden,
East Arkansas Regional Unit: *et al.*                                         DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition

submitted by United States Magistrate Judge Joe J. Volpe.  No objections have been filed.  After

careful consideration, the Court concludes that the Proposed Findings and Partial Recommended

Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings

in all respects.

IT IS, THEREFORE, ORDERED that:

1.       Plaintiff's Motion for Summary Judgment (Doc. No. 51) is DENIED.

DATED this 21st day of July, 2015.

_____
JAMES M.  MOODY, JR.
UNITED STATES DISTRICT JUDGE

1