## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

JOSHUA JONES,                                                                                       PLAINTIFF
ADC# 658234

v.                                        2:14CV00136-JM-JJV

DANNY BURL, Warden,
East Arkansas Regional Unit: *et al.*                                                    DEFENDANTS

### ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Defendants' Motion to Dismiss for Failure to Prosecute (Doc. No. 60) is GRANTED.

2. If Plaintiff wishes to reopen this action, he is first required to reimburse Defendants $190.75 for the court reporter's fees they incurred on July 8, 2015.

3. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

DATED this 28th day of August, 2015.

                                                                   JAMES M. MOODY, JR.
                                                                   UNITED STATES DISTRICT JUDGE